# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                          : NO.  922
                                   :

APPOINTMENT TO THE CONTINUING   : SUPREME COURT RULES DOCKET
LEGAL EDUCATION BOARD            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of November, 2022, Barry M. Simpson, Esquire, Dauphin County, is hereby appointed as a member of the Continuing Legal Education Board for a term of three years, commencing January 1, 2023.